AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00204 |
| | ) | Assigned to: Judge Harvey, G. Michael |
| JASON DANIEL RIDDLE | ) | Assign Date: 2/5/2021 |
| AKA: JASON RIDDLE | ) | Description: COMPLAINT W/ARREST WARRANT |
| DOB: XXXXXXX | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a) (1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 641 | Theft of Government Property |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin M. Helson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/05/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*